### Jose ALMARAZ v. STATE.
### No. 17513.

Court of Criminal Appeals of Texas.
April 17, 1935.

Tom Newton, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for simple assault; punishment, a fine of $10.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

### Severano AGUILAR v. STATE.
### No. 17498.

Court of Criminal Appeals of Texas.
April 10, 1935.

Tom Sanders and Manuel Diaz de Leon, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for five years.

The indictment is regular and regularly presented. The facts heard in the trial court are not brought forward for review. No complaint of the procedure is presented by bills of exception or otherwise. No error has been perceived or pointed out.

The judgment is affirmed.